# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Williams, Maurice | § | Case No.  09 B 48506 |
| | Williams, Raie M | § | |
| | Debtors | § | |
| | | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 12/22/2009.

2)   The plan was confirmed on 09/14/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 09/06/2011.

5)   The case was dismissed on 09/27/2011.

6)   Number of months from filing or conversion to last payment: 22.

7)   Number of months case was pending: 23.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $2,101.00.

10)   Amount of unsecured claims discharged without full payment: $0.

11)   All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $31,011.89 |
| Less amount refunded to debtor | $889.38 |

**NET RECEIPTS:** $30,122.51

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,579.54 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,579.54

Attorney fees paid and disclosed by debtor          $1,500.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $1,800.00 | $1,000.00 | $1,000.00 | $1,000.00 | $0 |
| Chase Manhattan Mortgage Corp | Secured | $330,385.00 | NA | NA | $0 | $0 |
| CitiMortgage Inc | Secured | $330,431.00 | NA | NA | $0 | $0 |
| CitiMortgage Inc | Secured | NA | $50,557.45 | $50,557.45 | $0 | $0 |
| CitiMortgage Inc | Secured | NA | $300,156.88 | $300,156.88 | $0 | $0 |
| HSBC Auto Finance | Secured | $8,825.00 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Secured | $0 | $439.94 | $439.94 | $0 | $0 |
| Kahuna Payment Solutions | Secured | $1,000.00 | NA | NA | $0 | $0 |
| National Capital Management | Secured | NA | $10,400.00 | $8,825.00 | $8,825.00 | $71.41 |
| OneWest Bank FSB | Secured | $0 | NA | NA | $0 | $0 |
| OneWest Bank FSB | Secured | $131,699.00 | NA | NA | $0 | $0 |
| OneWest Bank FSB | Secured | NA | $13,836.25 | $0 | $0 | $0 |
| OneWest Bank FSB | Secured | NA | $146,329.80 | $131,699.00 | $8,016.40 | $0 |
| Real Time Resolutions | Secured | $0 | $81,996.77 | $81,996.77 | $0 | $0 |
| Account Recovery Service | Unsecured | $64.00 | NA | NA | $0 | $0 |
| Alliance One | Unsecured | $744.43 | NA | NA | $0 | $0 |
| Bally Total Fitness | Unsecured | $10.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Capital One | Unsecured | $2,500.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $835.00 | $5,187.88 | $5,187.88 | $330.04 | $0 |
| Capital One | Unsecured | $213.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $744.43 | $969.75 | $969.75 | $61.70 | $0 |
| Capital One | Unsecured | $885.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $744.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $160.86 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $885.61 | $986.21 | $986.21 | $62.74 | $0 |
| Capital One | Unsecured | $314.00 | $496.23 | $496.23 | $31.44 | $0 |
| Capital One | Unsecured | $238.00 | NA | NA | $0 | $0 |
| Cash Yes Card | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Chase Bank | Unsecured | $3,267.62 | NA | NA | $0 | $0 |
| Chase Bank | Unsecured | $145.55 | NA | NA | $0 | $0 |
| CIT Bank/DFS | Unsecured | $428.00 | NA | NA | $0 | $0 |
| CIT Bank/DFS | Unsecured | $0 | NA | NA | $0 | $0 |
| Citibank NA | Unsecured | $0 | NA | NA | $0 | $0 |
| CitiMortgage Inc | Unsecured | $3,924.96 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $1,123.25 | NA | NA | $0 | $0 |
| City Of Chicago | Unsecured | $3,650.12 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $545.59 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $7,101.22 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $8,417.61 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $86.00 | NA | NA | $0 | $0 |
| Consolidated Communications | Unsecured | $60.45 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $0 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $262.00 | NA | NA | $0 | $0 |
| Dell Financial Services, Inc | Unsecured | $2,340.50 | $2,340.50 | $2,340.50 | $148.89 | $0 |
| Department Stores National Bank | Unsecured | $38.32 | $38.32 | $38.32 | $2.41 | $0 |
| Deutsche Bank National Trust Co | Unsecured | $0 | NA | NA | $0 | $0 |
| Duvera Paseo Del Norte | Unsecured | $99.34 | NA | NA | $0 | $0 |
| Dvra Billing | Unsecured | $695.00 | NA | NA | $0 | $0 |
| E R Solutions | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Echelon Recovery, Inc | Unsecured | $1,254.17 | NA | NA | $0 | $0 |
| EMC Mortgage Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| FCNB Master Trust | Unsecured | $0 | NA | NA | $0 | $0 |
| First Cash Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Flagstar Bank | Unsecured | $25,000.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fremont Investment & Loan | Unsecured | $0 | NA | NA | $0 | $0 |
| Friedman & Wexler LLC | Unsecured | $3,701.58 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| General Motors Mortgage Corporatio | Unsecured | $30,555.00 | NA | NA | $0 | $0 |
| GMAC Mortgage Corporation | Unsecured | $1,324.37 | NA | NA | $0 | $0 |
| GMAC Mortgage Corporation | Unsecured | NA | $0 | $0 | $0 | $0 |
| GMAC Mortgage Corporation | Unsecured | NA | $29,259.78 | $29,259.78 | $1,861.47 | $0 |
| Great Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $0 | NA | NA | $0 | $0 |
| HFC | Unsecured | $18,947.70 | NA | NA | $0 | $0 |
| Home Loan Services | Unsecured | $6,157.33 | NA | NA | $0 | $0 |
| Household Financial Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| Household Financial Corporation | Unsecured | $19,042.00 | NA | NA | $0 | $0 |
| Household Financial Corporation | Unsecured | NA | $0 | $0 | $0 | $0 |
| Household Financial Corporation | Unsecured | NA | $19,484.85 | $19,484.85 | $1,239.59 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | $6,006.00 | NA | NA | $0 | $0 |
| HSBC Bank Nevada NA | Unsecured | NA | $50.50 | $50.50 | $3.19 | $0 |
| HSBC Bank Nevada NA | Unsecured | $1,254.17 | $1,318.60 | $1,318.60 | $83.88 | $0 |
| HSBC Bank Nevada NA | Unsecured | $289.00 | $384.67 | $384.67 | $24.38 | $0 |
| HSBC Bank USA | Unsecured | $1,677.76 | NA | NA | $0 | $0 |
| HSBC Taxpayer Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| HZB Financial Services | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $7,368.00 | NA | NA | $0 | $0 |
| J C Penney Co Inc | Unsecured | $235.00 | NA | NA | $0 | $0 |
| Kahuna Payment Solutions | Unsecured | $192.10 | NA | NA | $0 | $0 |
| Merrick Bank | Unsecured | $2,159.00 | $2,268.91 | $2,268.91 | $144.34 | $0 |
| National Capital Management | Unsecured | NA | $6,043.14 | $6,043.14 | $384.44 | $0 |
| National Recovery Systems | Unsecured | $2,065.25 | NA | NA | $0 | $0 |
| National Recovery Systems | Unsecured | $480.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $199.00 | $177.05 | $177.05 | $11.15 | $0 |
| Payday One | Unsecured | $0 | NA | NA | $0 | $0 |
| Popular Mortgage Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $338.00 | $484.85 | $484.85 | $30.73 | $0 |
| Portfolio Recovery Associates | Unsecured | $229.36 | $241.14 | $241.14 | $15.33 | $0 |
| Purdue University | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

### Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Real Time Resolutions | Unsecured | $60,093.20 | $60,093.20 | $60,093.20 | $3,823.01 | $0 |
| Target National Bank | Unsecured | $5,574.40 | $5,574.40 | $5,574.40 | $354.64 | $0 |
| Target National Bank | Unsecured | $263.88 | $263.88 | $263.88 | $16.79 | $0 |
| TNB Card | Unsecured | $180.00 | NA | NA | $0 | $0 |
| Washington Mutual Bank FA | Unsecured | $436.50 | NA | NA | $0 | $0 |
| Washington Mutual Bank FA | Unsecured | $1,394.49 | NA | NA | $0 | $0 |
| Washington Mutual Bank FA | Unsecured | $736.91 | NA | NA | $0 | $0 |
| Washington Mutual Bank FA | Unsecured | $2,331.80 | NA | NA | $0 | $0 |
| Wexler & Wexler | Unsecured | $8,417.61 | NA | NA | $0 | $0 |
| Wexler & Wexler | Unsecured | $7,101.22 | NA | NA | $0 | $0 |
| Wexler & Wexler | Unsecured | $3,650.12 | NA | NA | $0 | $0 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $131,699.00 | $8,016.40 | $0 |
| Mortgage Arrearage | $350,714.33 | $0 | $0 |
| Debt Secured by Vehicle | $8,825.00 | $8,825.00 | $71.41 |
| All Other Secured | $82,436.71 | $0 | $0 |
| **TOTAL SECURED:** | $573,675.04 | $16,841.40 | $71.41 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,000.00 | $1,000.00 | $0 |
| **TOTAL PRIORITY:** | $1,000.00 | $1,000.00 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $135,663.86 | $8,630.16 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**<u>Disbursements:</u>**

| | |
|---|---|
| Expenses of Administration | $3,579.54 |
| Disbursements to Creditors | $26,542.97 |
| **TOTAL DISBURSEMENTS:** | $30,122.51 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: November 30, 2011          By:  /s/ MARILYN O. MARSHALL
                                      _____
                                              Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.